IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01568-WYD-BNB

MELANIE WHEELER,

Plaintiff,

v.

ALCON LABORATORIES, INC.,
ALCON MANUFACTURING, LTD., and
ALCON REFRACTIVE HORIZONS, INC.,

Defendants.

---

# MINUTE ORDER
---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Joint Motion to Modify Order Setting Rule 16(b) Scheduling Conference and Rule 26(f) Planning Meeting** [docket no. 12, filed October 9, 2008] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED and the Scheduling Conference set for October 29, 2008, is **vacated and reset to November 18, 2008, at 10:00 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. The proposed Scheduling Order, submitted pursuant to District of Colorado ECF Procedures V.L.1.b., is due on or before **November 12, 2008**. Mandatory disclosures are due **November 12, 2008**. The Rule 26(f) Conference is to be on or before **October 28, 2008**. Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR 83.2B.


DATED: October 10, 2008