IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  08-cv-01568-WYD-BNB

MELANIE WHEELER,

    Plaintiff,

v.

ALCON LABORATORIES, INC.;
ALCON MANUFACTURING, LTD.; and
ALCON REFRACTIVE HORIZONS, INC.,

    Defendants.

## ORDER

The parties have filed a Stipulation Notice of Dismissal With Prejudice, filed December 15, 2008 (docket #27).  After a careful review of the Stipulation and the file, the Court concludes that the case should be dismissed with prejudice.  Accordingly, it is

ORDERED that this matter is **DISMISSED WITH PREJUDICE**, each party to pay their own costs and attorney's fees.

Dated:  December 19, 2008

                            BY THE COURT:

                            s/ Wiley Y. Daniel
                            Wiley Y. Daniel
                            Chief U. S. District Judge